# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**LASALLE BANK, N.A., AS TRUSTEE**
**FOR THE MLMI TRUST SERIES 2006-RM2**         **PLAINTIFF**

**VS.**          **CIVIL ACTION NO. 3:10CV200HTW-LRA**

**HOMETOWN MORTGAGE SERVICES, INC.,** *et al.*      **DEFENDANTS**

## AMENDED AGREED ORDER OF REMAND

BEFORE THE COURT is the motion *ore tenus* of the Plaintiff to remand this action to Madison County, Mississippi, from which it was removed by Defendants, and, being fully-advised in the premises and being advised that the Defendants are in agreement that this action should be remanded and have no objection to entry of this order, the Court finds and orders as follows:

IT IS, THEREFORE, ORDERED AND ADJUDGED that this action shall be and hereby is remanded to Madison County, Mississippi, with all costs of removal and remand to be borne by the Defendants.

SO ORDERED, this the 6th day of May, 2010.

             s/ HENRY T. WINGATE
             **CHIEF JUDGE**
             **UNITED STATES DISTRICT COURT**

AGREED AND APPROVED:
/s/ Ginny Y. Kennedy
Ginny Y. Kennedy (MB: 102199)
HEIDELBERG HARMON PLLC
795 Woodlands Parkway, Suite 220
Ridgeland, MS 39157
(601)351-3335 (tel)
(601)956-2090 (fax)
*Attorney for Plaintiff*

/s/ Michael A. Jedynak_____
Michael A. Jedynak (MB: 103014)
MORRIS & ASSOCIATES
2309 Oliver Road
Monroe, LA 71201
(318)330-9020 (tel)
(318)340-7600 (fax)
*Attorney for Defendants BAC Home Loans Servicing, L.P.*
*And Emily Kaye Courteau as Substitute Trustee*


/s/ G. Dewey Hembree III_____
G. Dewey Hembree III (MB: 2247)
MCGLINCHEY STAFFORD PLLC
200 S. Lamar Street, Suite 1100
Jackson, MS 39201
(601)960-8400 (tel)
(601)960-8406
*Attorney for Defendants, F. Mike Gunn,*
*Grace Gunn a/k/a G. Girling, and*
*Wright's Mill Community Development Trust*

CIVIL ACTION NO. 3:10CV200HTW-LRA
Amended Agreed Order of Remand